UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAY ISLAND YACHT CLUB,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF UNIVERSITY PLACE,<br><br>Defendant. | CASE NO. 3:23-cv-5652<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO AMEND AND DEFENDANT'S UNOPPOSED MOTION TO EXTEND THE DEADLINE TO DISCLOSE EXPERTS |

Before the Court are Plaintiff Day Island Yacht Club's ("Yacht Club") motion to amend and Defendant City of University Place's unopposed motion for an extension of time to disclose experts. Dkt. Nos. 21, 25. On January 26, 2024, Yacht Club moved to amend to add the City of Tacoma as a Defendant and to add additional claims against Defendant City of University Place. University Place did not oppose Yacht Club's motion but argued "the [two-month] delay in adding Tacoma may become prejudicial and may contribute to the need to amend the case schedule, depending on whether parties are forthcoming and cooperative in discovery, or whether disputes arise." Dkt. No. 24 at 3. University Place went on to say "[a]t this juncture, the parties have not had the opportunity to confer with

ORDER - 1

Tacoma on its views of the case schedule" and are not requesting any modification, "but the Court should require the parties to confer and provided an amended joint status report after the City of Tacoma is served and answers are filed." *Id.* at 4. University Place also moved to extend the deadline to disclose experts to March 18, 2024. Dkt. No. 25.

Courts "freely give leave [to amend a pleading] when justice so requires." Fed. R. Civ. P. 15(a)(2). As a result, courts generally grant leave to amend "[i]n the absence of any apparent or declared reason—such as undue delay, bad faith or dilatory motive on the part of the movant, repeated failure to cure deficiencies by amendments previously allowed, undue prejudice to the opposing party by virtue of allowance of the amendment, futility of amendment, etc. . . ." *Foman v. Davis*, 371 U.S. 178, 182 (1962).

Because University Place does not object, the Court finds no reason to deny amendment in this case. Accordingly, the Court GRANTS Yacht Club's motion, Dkt. No. 21, and directs it to file the clean version of its proposed first amended complaint, Dkt. No. 21-1, within seven days of this order.

The Court also GRANTS nunc pro tunc University Place's unopposed motion, Dkt. No. 25, and extends the deadline to disclose experts to March 18, 2024.

No later than 14 days after service of the first amended complaint, the Court orders the parties to meet and confer and to file a joint status report that includes proposed dates for the remaining case schedule.

ORDER - 2

Dated this 11th day of March, 2024.

Jamal N. Whitehead
United States District Judge

ORDER - 3